Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Phone: 408-296-0400
Fax: 408-296-0486

Attorney for Plaintiff JILLIAN MCINTYRE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JILLIAN MCINTYRE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RESURGENCE FINANCIAL, LLC, a )<br>corporation; HUAN TIEN NGUYEN; and )<br>NICK ZAGORSKI, )<br>)<br>Defendants. )<br>) | Civil Case No. 07-5565 JCS<br><br>**CONSENT TO PROCEED BEFORE A**<br>**U.S. MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Spero conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal form the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 11/7/07             /s/Ronald Wilcox
                            RONALD WILCOX
                            Attorney for Plaintiff

-1-
**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE—Case No. 07-5565 JCS**