TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Resurgence Financial, LLC,
Huan Tien Nguyen and Nick Zagorski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILLIAN MCINTYRE, | CASE NO.: C 07 05565 JCS |
| Plaintiff, | |
| vs. | **DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES** |
| RESURGENCE FINANCIAL, LLC, a corporation, HUAN TIEN NGUYEN and NICK ZAGORSKI, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendants certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

  1.  Resurgence Financial, LLC, an Illinois Limited Liability Company.

DATED: December 3, 2007    SIMMONDS & NARITA LLP
                   TOMIO B. NARITA
                   JEFFREY A. TOPOR


               By:  s/Tomio Narita
                   Tomio B. Narita
                   Attorneys for Defendants