1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  JILLIAN MCINTYRE,

No. C  07 05565 JCS

        Plaintiff(s),

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    v.

RESURGENCE FINANCIAL, LLC, a corporation, HUAN TIEN NGUYEN and NICK ZAGORSKI.
        Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12/3/2007 _____

Signature _____

Counsel for  Defendants _____
(Plaintiff, Defendant, or indicate "pro se")