# UNITED STATES DISTRICT COURT
### Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

### December 5, 2007

**CASE NUMBER:** CV 07-05565 JCS  
**CASE TITLE:** JILLIAN MCINTYRE-v-RESURGENCE FINANCIAL, LLC. ET AL.

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/5/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects  
Log Book Noted                         Entered in Computer 12/5/07 MAB

CASE SYSTEMS ADMINISTRATOR:  
Copies to: All Counsel                 Transferor CSA