1  Ronald Wilcox, Esq., State Bar No. 176601
2  2160 The Alameda, Suite F, First Floor
3  San Jose, CA 95126
   Tel: (408) 296-0400
4  Fax: (408) 296-0486

5  ATTORNEY FOR PLAINTIFF

6           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
7              SAN FRANCISCO DIVISION

8
   JILLIAN MCINTYRE,                    )
9                                       )   CIV. NO. C07-05565 MMC
            Plaintiff,                  )
10                                      )   **NOTICE OF PROOF OF SERVICE**
                                        )
11     v.                               )
                                        )
12  RESURGENCE FINANCIAL, LLC, a        )
    corporation; HUAN TIEN NGUYEN; and  )
13  NICK ZAGORSKI,                      )
                                        )
14                                      )
            Defendants.                 )
15  _____)

16
17       Pursuant to General Order 45, as a registered e-filer, Defendants' counsel (Tomio Narita)

18  herein was served the attached documents on December 7, 2007. As a courtesy, Plaintiff's counsel has

19  also served the "Case Management Conference Order and the Standing Orders for Civil Cases

20  Assigned to the Honorable Maxine M. Chesney" via fax.

21
22
23  Dated: 1/17/08
                                              _____
24                                            Ronald Wilcox, Counsel for Plaintiff

1  Ronald Wilcox, Esq., State Bar No. 176601
2  2160 The Alameda, Suite F, First Floor
   San Jose, CA 95126
3  Tel: (408) 296-0400
   Fax: (408) 296-0486
4
5  ATTORNEY FOR PLAINTIFF

6              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
7                 SAN FRANCISCO DIVISION

8  JILLIAN MCINTYRE,                    )
                                        )   CIV. NO. C07-05565 MMC
9              Plaintiff,               )
                                        )   **PROOF OF SERVICE**
10      v.                              )
                                        )
11                                      )
   RESURGENCE FINANCIAL, LLC, a         )
12 corporation; HUAN TIEN NGUYEN; and   )
   NICK ZAGORSKI,                       )
13                                      )
                                        )
14             Defendants.              )
                                        )
15
       I, Marion Ramel, certify that I served the within:
16
17 **Case Management Conference Order**
   **Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney**
18
   by facsimile to:
19
              Tomio B. Narita
20            Simmonds & Narita LLP
              44 Montgomery Street, Suite 3010
21            San Francisco, CA 94104
              Fax: (415) 352-2625
22            Attorney for Defendants
23
       I declare under penalty of perjury under the laws of the State of California that the foregoing is
24
   true and correct.
25
       Executed in San Jose, California on January 17, 2008.
26
27                                              _____
                                                Marion Ramel, Legal Assistant
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILLIAN MCINTYRE,<br><br>               Plaintiff(s),<br><br>vs.<br><br>RESURGENCE FINANCIAL, LLC.,<br>   et al.,<br>               Defendant(s), | NO. C-07-5565  MMC<br><br>CASE MANAGEMENT<br>CONFERENCE ORDER |

     IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-2, a Case Management Conference will be held in this case before the Honorable Maxine M. Chesney on  Friday, February 8, 2008  at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building.

     Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5.  Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

     Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement.* Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item.  Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure.

     Each party shall be represented at the Case Management Conference by counsel prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order.

     Any request to reschedule the above dates shall be made in writing, and, if

possible, by stipulation. Unless impracticable, such request shall be made not less than ten days before the conference date. Good cause must be shown.

  Failure to comply with this Order or the Local Rules of this Court may result in sanctions. <u>See</u> Fed.R.Civ.P. 16(f); Civil L.R. 1-4.

  IT IS SO ORDERED.

Dated: February 27, 2007.

              _____
              MAXINE M. CHESNEY
              United States District Judge

# STANDING ORDERS FOR CIVIL CASES
## ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

1.  Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2.  **Electronic Case Filing - Lodging Hard Copies for Chambers**

    In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked **"Chambers Copy"** and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and "E-Filing Chambers Copy."

3.  <u>**Scheduling Days:**</u>

    a.  Criminal Law and Motion Calendar is conducted on Wednesdays at **2:30 p.m.**
    b.  Civil Law and Motion Calendar is conducted on Fridays at **9:00 a.m.**
    c.  Case Management Conferences are conducted on Fridays at **10:30 a.m.**, with order of call determined by the Court.
    d.  Pretrial conferences are generally conducted on Tuesday afternoons at **3:00 p.m.**
    e.  Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

4.  **Proposed Orders Required:** Each party filing <u>or opposing</u> a motion shall also serve and file a proposed order which sets forth the relief or action sought and a <u>short</u> statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

5.  **Discovery:** Discovery motions will be referred to a Magistrate Judge.

6.  **Procedural Matters:** Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an administrative request in accordance with Civil Local Rule 7-11. *In either case, no changes in the Court's schedule or procedures shall be made except by signed order of the Court **and only upon a showing of good cause.***

7.  **Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders at once upon all parties to this action and upon those subsequently joined, in accordance with the provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of the Court a certificate reflecting such service.

IT IS SO ORDERED.

Dated: April 20, 2005

Maxine M. Chesney
United States District Judge