Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Plaintiff JILLIAN MCINTYRE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JILLIAN MCINTYRE, <br><br> Plaintiff, <br><br> v. <br><br> RESURGENCE FINANCIAL, LLC, et al., <br><br> Defendants. | Case No. 07-05565 MMC <br><br> **NOTICE OF NEED OF ADR PHONE CONFERENCE** |

The parties met and conferred on December 11, 2007. However, Defendants have failed to agree to sign any stipulation selecting an ADR process. Thus, Plaintiff hereby files this Notice of Need of ADR Phone Conference.

Date: 1/18/08

/s/RonaldWilcox
Ronald Wilcox