**Ronald Wilcox • Attorney at Law**

REPRESENTING INDIVIDUALS IN ALL ASPECTS OF FINANCIAL REORGANIZATION AND BANKRUPTCY

TEL: (408) 296-0400 • FAX: (408) 296-0486

---

February 7, 2008

Hon. Maxine M. Chesney
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA

Re:    McIntyre v. Resurgence Financial, et al., 07-0556 MMC
        Notice of pending settlement

Dear Judge Chesney,

      The parties are pleased to inform the court they have reached a tentative settlement. Therefore, we request the Case Management Conference set for Friday, February 8, 2008, be taken off calendar.

Sincerely,

*/s/ Ronald Wilcox*
Ronald Wilcox

2160 The Alameda • First Floor, Suite F • San Jose, CA 95126-1122
E-mail: ronaldwilcox@post.harvard.edu • Web site: e-bankruptcy.com
