IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILLIAN MCINTYRE,<br><br>    Plaintiff,<br><br>  v.<br><br>RESURGENCE FINANCIAL, LLC, et al.,<br><br>    Defendants<br>_____/ | No. C 07-5565 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Plaintiff's counsel having advised the Court that the parties have reached a "tentative" settlement of the above-titled action, the case management conference is hereby CONTINUED from February 8, 2008 to February 29, 2008. If a dismissal has been filed prior to said date, the case management conference will be vacated.

    **IT IS SO ORDERED.**

Dated: February 7, 2008

                                      MAXINE M. CHESNEY<br>                                      United States District Judge