RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Attorney for Plaintiff

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JILLIAN MCINTYRE, | ) |
| Plaintiff, | ) Case No. C07-05565 MMC |
| | ) |
| RESURGENCE FINANCIAL, LLC, a corporation, HUAN TIEN NGUYEN and NICK ZAGORSKI, | ) **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| Defendants. | ) |

The parties have resolved this matter. Therefore, the parties request this matter be dismissed with prejudice.

Dated: 2/20/08

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: 3-20-2008

_____
Tomio B. Narita, Counsel for Defendants

- 1

1 [PROPOSED] ORDER

2 Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with
3 prejudice.

4

5 Date:

6

7 _____
HON. MAXINE M. CHESNEY
8