1  RONALD WILCOX, Bar No. 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: 408-296-0400
   Fax: 408-296-0486
4
   Attorney for Plaintiff
5

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JILLIAN MCINTYRE, ) | |
| ) | Case No. C07-05565 MMC |
| Plaintiff, ) | |
| ) | **STIPULATION TO DISMISS AND** |
| ) | ~~[PROPOSED]~~ **ORDER** |
| RESURGENCE FINANCIAL, LLC, a ) | |
| corporation, HUAN TIEN NGUYEN and ) | |
| NICK ZAGORSKI, ) | |
| ) | |
| Defendants. ) | |

The parties have resolved this matter. Therefore, the parties request this matter be dismissed with prejudice.

Dated: 2/20/08

_Ronald Wilcox_
Ronald Wilcox, Counsel for Plaintiff

Dated: 3-20-2008

_[signature]_
Tomio B. Narita, Counsel for Defendants

-1-

[PROPOSED] ORDER

Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with prejudice.

Date: February 22, 2008

_____
HON. MAXINE M. CHESNEY

- 2